**Darrell THOMPSON, Plaintiff–Appellant,**

v.

**Mr. LOCKLEAR, Superintendent; Mr. Holmes, Assistant Superintendent; Sgt. Sidberry; Ms. Keefer, Psychologist; Ms. Whitehead, Psychologist; Frank L. Perry, Secretary, NCDPS, Defendants–Appellees.**

No. 15–7227.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2015.

Decided: Dec. 18, 2015.

Darrell Thompson, Appellant Pro Se.

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell Thompson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Thompson v. Lockler,* No. 5:15–ct–03018–F (E.D.N.C. June 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*